

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 29, 2022

**By Email**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Timothy Lewis*, 22 Mag. 6113

Dear Judge Davison,

    In light of the arrest of defendant Timothy Lewis in the above-referenced matter, the Government respectfully requests that the complaint be unsealed.

So Ordered 7/29/22

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: */s/ Kingdar Prussien*
        Kingdar Prussien
        Assistant United States Attorney
        (914) 993-1927