## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **22 Mag. 6113**                    Date **11/17/2022**

USAO No. **2022R00884**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint          ☐ Removal Proceedings in

United States v. **Timothy Lewis**

The Complaint/Rule 40 Affidavit was filed on **July 27, 2022**

*U.S. Marshals please withdraw warrant*

**KINGDAR PRUSSIEN** Digitally signed by KINGDAR PRUSSIEN
Date: 2022.11.17 10:55:20 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

## Kingdar Prussien

(print name if signature handwritten)

**SO ORDERED:**

DATE: 11/23/22

*Andrew E. Krause*
UNITED STATES MAGISTRATE JUDGE